■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD RASCOE, Appellant. [755 NYS2d 883] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 9, 2001 (*People v Rascoe,* 287 AD2d 524 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered January 5, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Smith, J.P., Krausman, Friedmann and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ROCHESTER, Appellant. [755 NYS2d 870] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Gazzillo, J.), rendered June 2, 2000, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Santucci, J.P., Krausman, McGinity, Schmidt and Crane, JJ., concur.